43 F.3d 1463
 Triffin (Robert J.)
v.
Nix (Robert N.C., Jr.), Chief Justice of Pa. Supreme Court,
Larsen (Rolf), Hon., Justice of Supreme Court of Pa.,
Flaherty (John P.), Honorable, Montemuro (Frank J., Jr.),
Honorable, Zappala (Stephen A.), Honorable, Papadakos
(Nicholas P.), Honorable, Cappy (Ralph J.), Honorable,
Tassos (Patrick), Executive Director of Pennsylvania Board
of Law Examiners, Donohue (Christine L., Esq.), Chairman of
Pennsylvania Board of Law Examiners,
 NO. 94-1539
 United States Court of Appeals,
Third Circuit.
 Nov 28, 1994
 
 Appeal From: E.D.Pa., No. 93-cv-05519,
 Hutton, J.
 
 
 1
 AFFIRMED.